HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CECILIA HAN, SBN 235640
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANDREW GOLTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00126-DJC-1 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DETENTION HEARING** |
| v. | |
| ANDREW GOLTZ | Date: October 26, 2023
Time: 2:00 P.M. |
| Defendant. | Judge: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Whitnee Goins Thompson, and defendant Andrew Goltz, by and through his counsel of record, Assistant Federal Defender Cecilia Han, hereby stipulate as follows:

1. Mr. Goltz was arrested on or about September 27, 2023 pursuant to a warrant arising out of a petition for violation of supervised release filed in the Eastern District of California.

2. The petition for violation of supervised release alleges 8 violations: 1) that Mr. Goltz tested positive for a controlled substance on four occasions; 2) that Mr. Goltz failed to participate in drug testing as directed on two occasions; 3) that Mr. Goltz failed to reside and participate in an inpatient correctional treatment program; and 4) that Mr. Goltz committed a new law violation.

3. Mr. Goltz, by and through his counsel of record, Assistant Federal Defender

Cecilia Han, made his initial appearance before this Court on October 5, 2023.

4. At his initial appearance, Mr. Goltz, by and through his counsel of record, requested to set a detention hearing for October 12, 2023 at 2:00 p.m.

5. Since the hearing on October 6, 2023, Mr. Goltz's counsel of record has been in the process of locating suitable residential treatment programs that accept Mr. Goltz's medical insurance.

6. Mr. Goltz's counsel of record respectfully requests a two-week continuance to provide counsel and her office with the necessary additional time to work with Mr. Goltz's medical insurance company on locating, issuing, and approving a referral to a suitable residential treatment program.

7. The government does not object to the continuance.

8. Good cause exists to continue the detention hearing to October 26, 2023, given that additional time is needed for Mr. Goltz's counsel of record to work with Mr. Goltz's medical insurance to locate, issue, and approve a referral to a suitable residential treatment program.

9. The parties now jointly request a continuance of the detention hearing in this matter to October 26, 2023 at 2:00 p.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 11, 2023

/s/ Cecilia Han
CECILIA HAN
Assistant Federal Defender
Attorneys for Defendant ANDREW GOLTZ

Date: October 11, 2023

PHILLIP TALBERT
United States Attorney

/s/ Whitnee Goins Thompson
WHITNEE GOINS THOMPSON
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order Continuing Detention Hearing          -2-

**O R D E R**

The Court, having received and considered the parties' stipulation for a continuance of the detention hearing, finds that the stipulation demonstrates good cause the continuance of the detention hearing to October 26, 2023, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  October 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE