| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender<br>CECILIA HAN, #235640 |
| 3 | Assistant Federal Defender<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: 916-498-5700 |
| 5 | Fax: 916-498-5710**Error! Bookmark not defined.** |
| 6 | Attorneys for Defendant<br>ANDREW GOLTZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00126-DJC-1 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING |
| vs. | DATE: November 9, 2023<br>TIME: 9:00 a.m. |
| ANDREW GOLTZ, | JUDGE: Hon. Daniel J. Calabretta |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the admit/deny hearing currently scheduled for October 19, 2023 at 9:00 a.m. be continued to **November 9, 2023 at 9:00 a.m.**

By the parties' stipulation, the detention hearing before Magistrate Judge Carolyn K. Delaney previously scheduled for October 12, 2023 at 2:00 p.m. was continued to October 26, 2023 at 2:00 p.m. In light of the continued detention hearing, the parties respectfully request that this Court continued the admit/deny hearing to **November 9, 2023 at 9:00 a.m.**

//

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 12, 2023 | */s/ Cecilia Han*<br>CECILIA HAN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ANDREW GOLTZ |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  October 12, 2023 | */s/ Whitnee Goins Thompson*<br>WHITNEE GOINS THOMPSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED** that the admit/deny hearing currently scheduled for October 19, 2023, at 9:00 a.m. is hereby continued to November 9, 2023 at 9:00 a.m.

Dated:  October 13, 2023                  /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE