HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN D. McLOUGHLIN, NY #5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
ANDREW GOLTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW GOLTZ,<br><br>　　　　　Defendants. | Case No.　2:23-cr-00126-DJC-1<br><br>STIPULATION AND ORDER TO ADVANCE ADMIT/DENY HEARING<br><br>DATE:　November 9, 2023<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Daniel J. Calabretta |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the admit/deny hearing currently scheduled for November 9, 2023 at 9:00 a.m. be advanced to **November 2, 2023 at 9:00 a.m.**

　　　By the parties' stipulation, the parties have come to a negotiated resolution of this matter. Defense counsel, who made her appearance on October 26, 2023, is unavailable to appear on November 9, 2023. The parties now respectfully request that this Court advance the admit/deny hearing to November 2, 2023 at 9:00 a.m. in order to move forward in this case as soon as possible, with defense counsel of record appearing for the defendant. The assigned probation officer is also available to appear on that date.

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: October 26, 2023

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorneys for Defendant
ANDREW GOLTZ


PHILLIP A. TALBERT
United States Attorney

DATED:  October 26, 2023

*/s/ WHITNEE GOINS THOMPSON*
WHITNEE GOINS THOMPSON
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED** that the admit/deny hearing currently scheduled for November 9, 2023, at 9:00 a.m. is hereby advanced to November 2, 2023 at 9:00 a.m.

Dated:  October 26, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE