HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ANDREW GOLTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 2:23-CR-0126-DJC |
|---|---|
| Plaintiff, | |
| vs. | **REQUEST FOR ORDER REQUIRING JAIL TO RELASE DEFENDANT WITH 30 DAYS OF MEDICATION; ORDER** |
| ANDREW GOLTZ, | |
| Defendant. | Court: Hon. Daniel J. Calabretta |

Defendant Andrew Goltz hereby respectfully requests that the Court issue an order requiring the Sacramento County Jail to provide Mr. Goltz with a 30-day supply of medication in hand, as prescribed by Adult Correction Health, upon his release from custody.

As grounds, Mr. Goltz states:

(1) Mr. Goltz is currently prescribed and regularly taking psychotropic and substance use disorder medication;

(2) Upon his release from custody, it is unclear whether Mr. Goltz will be able to have his prescription filled without delay, or before admittance into an inpatient drug treatment facility;

(3) After conferring with officials from Sacramento Main County Jail, social workers of the Federal Defender's Office have been advised that obtaining a court order requiring a defendant's release with prescribed medication is the best way to ensure

he is released with his prescriptions in hand, so that he is properly medicated as he reenters the community, including while in residential treatment.

Therefore, Mr. Goltz respectfully requests that the Court issue an order requiring the Sacramento County Jail to supply Mr. Goltz with 30 days' worth of medication in hand as prescribed by Adult Correction Health.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 15, 2023

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorneys for Defendant
ANDREW GOLTZ

**ORDER**

IT IS HEREBY ORDERED, on this 18th day of December, 2023.

Date:  December 18, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*United States v. Goltz* – Request for Order; Order