# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

**Honorable Daniel J. Calabretta**            **RE:  Andrew Goltz**
**United States District Judge**                   **Docket Number:  0972 2:23CR00126-1**
**Sacramento, California**                          **<u>Memorandum/Order to Stipulate a</u>**
                                                                  **<u>Custodial Release Time</u>**

Your Honor:

On November 2, 2023, Mr. Goltz appeared before Your Honor at an Admit/Deny Hearing.  He admitted to Charges 1 through 7 of the Petition dated September 27, 2023.  Charge 8 was dismissed.  On November 30, 2023, Mr. Goltz appeared before Your Honor for a Dispositional Hearing, at which time his Term of Supervised Release was revoked.  He was sentenced to Time Served as of December 23, 2023, followed by 57 months of Supervised Release.  The following Special Conditions were imposed: outpatient substance abuse treatment; inpatient substance abuse treatment; drug/alcohol testing; abstain from alcohol; mental health treatment; financial disclosure; no new credit; restitution payments at a rate of 10% of gross monthly income; co-payment for treatment; search; and screening for Re-entry Court.

On December 13, 2023, The Court issued a Minute Entry Order clarifying that Mr. Goltz be released from custody December 23, 2023, and transferred directly to an inpatient treatment facility as directed by Probation.  The Minute Entry Order did not specify a time of release for Mr. Goltz.

The treatment facility Mr. Goltz will be attending is approximately three hours away in Fresno, California.  The facility does not typically conduct intakes on Saturday; however, they have graciously agreed to make an exception for Mr. Goltz.  As such, a staff member has agreed to be present for Mr. Goltz arrival to conduct the intake on December 23, 2023.  However, the treatment facility requested that Probation provide an estimated time of arrival for Mr. Goltz.  In an effort to ensure Mr. Goltz's family has enough time to transport him to the treatment facility and to accommodate the staffing schedule for the treatment facility, it is respectfully requested The Court order Mr. Goltz to be released at 7:00 a.m. on the morning of December 23, 2023.

REV.  01/2021
CAE___MEMO__COURT (W ORDER)

RE:   **Andrew Goltz**
      **Docket Number:   0972 2:23CR00126-1**
      <u>**Memorandum/Order to Stipulate a**</u>
      <u>**Custodial Release Time**</u>

|  |  |
|---|---|
| **Respectfully submitted,** | **Reviewed by,** |
| **Dustin Vaught** | **Tanisha M. Sanford** |
| **United States Probation Officer** | **Supervising United States Probation Officer** |

**Dated:**   December 20, 2023
             Roseville, California
             DV/TMS

---

## ORDER OF THE COURT

**THE COURT ORDERS: Andrew Goltz to be release from the custody of Sacramento County Jail December 23, 2023, at 7:00 a.m.**

☒   Approved        ☐   Disapproved

December 20, 2023                        /s/ Daniel J. Calabretta
**DATE**                                 **THE HONORABLE DANIEL J. CALABRETTA**
                                         **UNITED STATES DISTRICT JUDGE**

Attachment(s)

cc:   Whitnee  Thompson
      Assistant United States Attorney

      Meghan  McLoughlin
      Defense Counsel