HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ANDREW GOLTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-0126-DJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO RELEASE PRESENTENCE INVESTIGATION REPORT** |
| ANDREW GOLTZ, | |
| Defendant. | Judge: Hon. Daniel J. Calabretta |

**ORDER**

Based on the unopposed request by Mr. Goltz, through counsel, and good cause appearing therefrom, the Court hereby orders the United States Probation Office to disclose the Presentence Investigation Report in District of South Dakota Case No. 4:00-cr-40069-LLP to both Assistant Federal Defender Meghan McLoughlin, attorney for Mr. Goltz, and Assistant United States Attorney Whitnee Goins, attorney for the government. This Order is made pursuant to Local Rule 460(b).

Dated:  September 20, 2024           /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE