HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Meghan_McLoughlin@fd.org

Attorneys for Defendant
ANDREW GOLTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-cr-00126-DJC |
| Plaintiff, | **ORDER** |
| vs. | |
| ANDREW GOLTZ, | Judge: Daniel J. Calabretta |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A regarding medical records be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated:  December 16, 2024             /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE